# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2026 KW 0436

VERSUS

HANSON BOYKINS                                        **JUNE 15, 2026**

---

In Re:     Hanson Boykins, applying for supervisory writs, 32nd
           Judicial District Court, Parish of Terrebonne, No.
           84,477.

---

**BEFORE:    WOLFE, HESTER, AND BALFOUR, JJ.**

**WRIT APPLICATION TRANSFERRED** to the Louisiana Supreme Court,
which has "exclusive supervisory jurisdiction . . . of all criminal
writ applications relating to convictions and sentences imposed
prior to July 1, 1982." La. Const. art. V, § 5(E).

                           **EW**
                           **CHH**
                           **KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
       FOR THE COURT